In the Matter of EARL WHITE, Respondent, v COUNTY OF SULLIVAN, Appellant.

Submitted May 13, 2013; decided June 26, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.